**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7142**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

         versus

BRIAN ADAIR FULLER, a/k/a Rico,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CR-97-69, CA-01-458-7)

─────────────

Submitted:  September 19, 2002      Decided:  September 30, 2002

─────────────

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Brian Adair Fuller, Appellant Pro Se.  Nancy Spodick Healey,
Assistant United States Attorney, Charlottesville, Virginia, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brian Adair Fuller seeks to appeal the district court's orders denying his motion filed under 28 U.S.C. § 2255 (2000), and motion for reconsideration. We have reviewed the record and conclude on the reasoning of the district court that Fuller has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>United States v. Fuller</u>, Nos. CR-97-69; CA-01-458-7 (W.D. Va. May 31, 2002; July 3, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2